### G. E. Colson v. James Rush.

1. Former Decision—*Followed.*—The decision in this case follows that of the case of G. E. Colson v. John Linn (*ante*).

Appeal from the County Court of Clark County; the Hon. J. C. Purdue, Judge, presiding. Heard in this court at the November term, 1901. Affirmed. Opinion filed February 19, 1902. Rehearing denied May 27, 1902.

Andrews & Vause, attorneys for appellant.

Golden, Scholfield & Booth, attorneys for appellee.

Mr. Presiding Justice Burroughs delivered the opinion of the court.

The record in this case is in the same condition and pre-

sents the same questions as in the case of G. E. Colson v. John Linn, decided by this court at, this term; and for the reasons given in the opinion in that case, the judgment in this will be affirmed.